IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-425-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ROBERT TIMOTHY CARRINGTON | |

This matter is before the Court on Defendant's Motion to Strike the Pro Se Motion to Appoint New Counsel (D.E. 21). For good cause shown, Defendant's Motion IS GRANTED, and his Pro Se Motion to Appoint New Counsel is struck.

So ORDERED, the __2__ day of March, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
U.S. DISTRICT JUDGE

1